**Thomas H. RICHARDS, Plaintiff—Appellant,**

v.

**SOCIAL SECURITY COMMISSION, Defendant—Appellee.**

**No. 07–1267.**

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 24, 2007.

Decided: Oct. 10, 2007.

Regina L. Carpenter, McLaughlin & Carpenter, Fairmont, West Virginia, for Appellant. Michael McGaughran, Regional Chief Counsel, Dina White Griffin, Special Assistant United States Attorney, William B. Reeser, Supervisory Attorney, Social Security Administration, Philadelphia, Pennsylvania; Thomas E. Johnston, United States Attorney, Helen Campbell Altmeyer, Assistant United States Attorney, Wheeling, West Virginia, for Appellee.

Before WILKINSON, MOTZ, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas H. Richards appeals the district court's order accepting the magistrate

judge's recommendation to affirm the Commissioner's denial of disability insurance benefits. We must uphold the decision to deny benefits if the decision is supported by substantial evidence and the correct law was applied. *See* 42 U.S.C. § 405(g) (2000); *Craig v. Chater*, 76 F.3d 585, 589 (4th Cir.1996). We have thoroughly reviewed the administrative record and the parties' briefs and find no reversible error. Accordingly, we affirm. *See Richards v. Soc. Sec. Comm'n*, No. 3:05–cv–00084–IMK (N.D.W.Va. Jan. 19, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*